McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CIV-F-03-6064 REC/LJO |
| ) | |
| Plaintiff,     ) | **STIPULATION RE CONTINUANCE OF** |
| ) | **SETTLEMENT CONFERENCE; ORDER RE** |
| v.                ) | **SAME** |
| ) | |
| 87.98 ACRES OF LAND MORE OR   ) | |
| LESS IN THE COUNTY OF MERCED; ) | |
| DONN RAYMOND CAMPION; et al.  ) | |
| ) | |
| Defendant.     ) | |
| ) | |
| _____) | |

     The parties to the above action have exchanged expert reports and are in the midst of scheduling and participating in expert depositions.  Pursuant to this action's July 20, 2004 Scheduling Order, this action's: (1) Settlement Conference is scheduled to take place before Magistrate Judge O'Neill on Friday, May 13, 2005 and (2) expert and non-expert discovery is scheduled to close on June 3, 2005.

     The parties presently have no fewer than four expert depositions scheduled to take place during the week of May 9, 2005 (including two depositions on May 12, 2005) and will participate in additional depositions in May 2005.  The parties

also agree that a settlement conference will be most productive if it takes place after all depositions are taken and evidence analyzed.  The parties therefore agree to continue this action's settlement conference before Magistrate Judge O'Neill from Friday, May 13, 2005 until Tuesday, August 23, 2005, as more specifically detailed below.

    Based on the above, the parties request the Court continue the settlement conference as indicated below.  Good cause exists in support of this continuance because the parties need to complete this action's depositions prior to maximizing the productivity of the pending settlement conference.

|  | Old Date | **New Date** |
|---|---|---|
| Settlement Conference: | May 13, 2005<br>1:30 p.m.<br>Courtroom 6 (LJO) | August 23, 2005<br>9:00 a.m.<br>Courtroom 6 (LJO) |

All other case dates shall remain as set in this Court's Order dated July 20, 2004.

Dated: April 22, 2005.

                  Respectfully submitted,

MATTEONI, SAXE & O'LAUGHLIN        McGREGOR W. SCOTT
                                          United States Attorney

/s/                                             /s/
_____            _____
NORM MATTEONI                         BRIAN W. ENOS
Attorneys for                          Attorneys for
Donn Raymond Campion            United States of America

IT IS SO ORDERED.

**Dated:   April 26, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE