McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>87.98 ACRES OF LAND MORE OR  )<br>LESS IN THE COUNTY OF MERCED;  )<br>DONN RAYMOND CAMPION; et al.  )<br>  )<br>           Defendant.  )<br>  )<br>_____) | CIV-F-03-6064 REC/LJO<br><br>**STIPULATION AMENDING SCHEDULING ORDER RE: (1) DISCOVERY CUTOFF AND (2) PRETRIAL MOTION FILING DEADLINE; [PROPOSED] ORDER RE SAME** |

The parties to the above action have exchanged expert reports and are in the midst of scheduling and participating in expert depositions.  Pursuant to this action's July 20, 2004 Scheduling Order, this action's: (1) non-expert and expert discovery cut-off is Friday, June 3, 2005 and (2) pretrial motion filing deadline is Friday, June 10, 2005.

The parties presently have no less than seven expert depositions scheduled to take place between May 9, 2005 and June 2, 2005.  Additional depositions may be necessary depending on information unearthed at scheduled depositions and pursuant to outstanding subpoenas.  The parties agree that pretrial motions

should be prepared and filed only after all discovery is obtained and properly analyzed. The parties agree to continue this action's: (1) discovery cut-off from June 3, 2005 through June 10, 2005 and (2) pretrial motion filing deadline from June 10, 2005 through June 24, 2005.

The parties therefore request that the Court continue this action's discovery cut-off and pretrial motion filing deadline as specified below. Good cause exists in support of this stipulation because the parties need limited additional time by which to complete this action's discovery, as well as adequately analyze this discovery for its use in any pretrial motions.

|  | Old Date | **New Date** |
|---|---|---|
| Discovery Cut-Off: | June 3, 2005 | **June 10, 2005** |
| Pretrial Motion Filing Deadline: | June 10, 2005 | **June 24, 2005** |

All other case dates shall remain as set in this Court's Orders dated July 20, 2004 and April 26, 2005.

Dated: May __, 2005.

                    Respectfully submitted,

MATTEONI, SAXE & O'LAUGHLIN        McGREGOR W. SCOTT
                                             United States Attorney

___/s/ Norm Matteoni____           __/s/ Brian Enos_____
NORM MATTEONI                           BRIAN W. ENOS
Attorneys for                                  Attorneys for
Donn Raymond Campion             United States of America

     IT IS SO ORDERED.

**Dated:   May 11, 2005**                **/s/ Lawrence J. O'Neill**
66h44d                                      UNITED STATES MAGISTRATE JUDGE