NORMAN E. MATTEONI (State Bar No. 34724)
BRADLEY M. MATTEONI (State Bar No. 130958)
MATTEONI, SAXE & O'LAUGHLIN
848 The Alameda
San Jose, CA 95127
(408) 293-4300
FAX: (408) 293-4004

FREDERIK A. JACOBSEN (State Bar No. 71330)
LAW OFFICES OF FREDERIK A. JACOBSEN
P.O. BOX 6190
SAN MATEO, CA 94403
(650) 483-2556

Attorneys for Defendant Donn Raymond Campion

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>87.98 ACRES OF LAND MORE OR LESS IN THE COUNTY OF MERCED, DONN RAYMOND CAMPION, et al.<br><br>Defendants. | No. CIV-F-03-6064-REC-SMS<br><br>STIPULATION FOR WITHDRAWAL OF DEPOSIT AND ORDER THEREON |

Defendant DONN RAYMOND CAMPION ("Campion") and Plaintiff UNITED STATES OF AMERICA ("United States") submit the following stipulation to the court for its approval.

WHEREAS, the United States filed a complaint in condemnation and a declaration of taking on August 7, 2003;

WHEREAS, simultaneously with the filing of the declaration of the taking of the property, Plaintiff deposited the sum of $39,430.00 with the Court, being the estimated just compensation for the property subject to this taking;

1
STIPULATION FOR WITHDRAWAL OF DEPOSIT AND ORDER THEREON

1   WHEREAS, Defendant Campion request the withdrawal of the entire
2   $39,430.00 deposit of probable compensation, acknowledging that he is the sole fee
3   owner of the property herein condemned and that there are no other defendants or
4   parties claiming any interest in the property;
5   WHEREAS, the United States and Campion agree, under 40 U.S.C.
6   § 3114, that Campion is entitled to withdraw the deposit in the amount of $39,430.00;
7   THEREFORE, the parties hereby stipulate that the Court may make
8   its order on the Clerk of the United States District Court, Eastern District of California
9   where the money has been deposited in the Registry of the Court, for a check in the
10  sum of $39,430.000 made payable to the Donn Raymond Campion, and that said
11  amount be withdrawn by Defendant Campion.

Dated: June 3, 2005         FOR PLAINTIFF UNITED STATES OF AMERICA:
                            McGregor W. Scott, United States Attorney


                            By: _____/s/_____
                                E. Robert Wright
                                Assistant United States Attorney


Dated: June 7, 2005         FOR DEFENDANT DONN RAYMOND CAMPION:
                            MATTEONI, SAXE & O'LAUGHLIN


                            By: _____/s/_____
                                Peggy M. O'Laughlin
                                Attorneys for Defendant Donn Raymond
                                Campion

**O R D E R**

It is ordered that Defendant Donn Raymond Campion is the owner of said property described in Plaintiff's complaint and by this stipulation is authorized to withdraw the sum of $39,430.00.

The Clerk of the United States District Court for the Eastern District of California is directed to cause a check to be drawn on the Registry of the Court and is directed to pay the same to Donn Raymond Campion, mailed in care of:

> Norman E. Matteoni, Attorney at Law
> Matteoni, Saxe & O'Laughlin
> 848 The Alameda
> San Jose, CA   95126

Dated: 6/8/05         /s/ ROBERT E. COYLE
                      United States District Judge

**VERIFICATION**

I, DONN RAYMOND CAMPION, declare:

That I am the fee owner of the real property described in Plaintiff's complaint. I have read the foregoing Stipulation for Withdrawal of Deposit and know the contents thereof. The same is true of my own knowledge except as to the matters therein stated on my information and belief, and to those matters I believe to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of June, 2005 in San Jose, California.

/s/
_____
DONN RAYMOND CAMPION