McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV-F-03-6064 REC/LJO |
| ) | |
| Plaintiff, ) | **STIPULATION AMENDING SCHEDULING** |
| ) | **ORDER RE: PRETRIAL SCHEDULE;** |
| v. ) | **[PROPOSED] ORDER RE SAME** |
| ) | |
| 87.98 ACRES OF LAND MORE OR ) | |
| LESS IN THE COUNTY OF MERCED; ) | |
| DONN RAYMOND CAMPION; et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

     The parties to the above action have exchanged expert reports and have completed expert depositions. The parties participated in seven expert depositions between May 9, 2005 and June 2, 2005. Expert discovery is now closed.

     Pursuant to this action's July 23, 2004 and May 11, 2005 Scheduling Orders, this action's present remaining deadlines and scheduled dates include: (1) a June 24, 2005 pretrial motion filing deadline; (2) a July 15, 2005 pretrial conference; (3) an August 23, 2005 settlement conference and (4) a September 13, 2005 trial. The case will be tried before a jury and it is expected to last 7 to 10 days.

1   While the parties have completed expert discovery, one or
2  more parties wish to extend the non-expert deposition deadline to
3  July 8, 2005 to accommodate the taking of limited third party
4  depositions of people identified during the course of expert
5  depositions.  No parties object to the taking of these
   depositions.
6   The parties also wish to extend this action's pretrial
7  motion, pretrial conference and trial dates.  Good cause exists
8  in support of each of these extensions because deposition
9  transcripts have not yet been received, reviewed and endorsed by
10 all deponents, rendering the present June 24, 2005 pretrial
11 motion filing deadline unrealistic.  The parties stipulate to
12 continuing the pretrial motion filing deadline to Friday, August
   5, 2005.
13  Since the pretrial motion filing deadline needs to be
14 extended to allow all parties sufficient time to obtain and
15 analyze deposition transcripts, the July 15, 2005 pretrial
16 conference and September 13, 2005 trial date likewise warrant
17 extensions.  The parties stipulate to these extensions and ask
18 the Court to likewise extend the: (1) pretrial conference to
19 September 16, 2005, and (2) trial date be continued to November
   8, 2005.
20  Based on the above, the parties hereby stipulate to the
21 continuance of this action's pretrial motion filing deadline,
22 pretrial conference date and trial date as set forth in this
23 stipulation.  The parties also request the Court to endorse this
24 stipulation by way of formal order.

2

|   | Old Date | **New Date** |
|---|---|---|
| Pretrial Motion Filing Deadline | June 24, 2005 | **August 5, 2005** |
| Pretrial Conference Deadline: | July 15, 2005 | **September 16, 2005** at 8:30am Judge O'Neill |
| Jury Trial: (7-10 days est.): | September 13, 2005 | **November 8, 2005 at 9:00am Judge Coyle** |

All other case dates shall remain as set in this Court's prior Scheduling Orders.

Dated: June 14, 2005.                    June 14, 2005

                    Respectfully submitted,

MATTEONI, SAXE & O'LAUGHLIN          McGREGOR W. SCOTT
                                     United States Attorney


 /s/ Norm E. Matteoni                  /s/ Brian W. Enos
NORM MATTEONI                        BRIAN W. ENOS
Attorneys for                        Attorneys for
Donn Raymond Campion                 United States of America

IT IS SO ORDERED.

**Dated:   June 17, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                            UNITED STATES MAGISTRATE JUDGE