NORMAN E. MATTEONI (State Bar No. 34724)
BRADLEY M. MATTEONI (State Bar No. 130958)
MATTEONI, SAXE & O'LAUGHLIN
848 The Alameda
San Jose, CA 95127
(408) 293-4300
FAX: (408) 293-4004

FREDERIK A. JACOBSEN (State Bar No. 71330)
LAW OFFICES OF FREDERIK A. JACOBSEN
P.O. BOX 6190
SAN MATEO, CA 94403
(650) 483-2556

Attorneys for Defendant Donn Raymond Campion

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>87.98 ACRES OF LAND MORE OR LESS IN THE COUNTY OF MERCED, DONN RAYMOND CAMPION, et al.<br><br>Defendants. | No. CIV-F-03-6064-REC-SMS<br><br><br><br><br><br>AMENDED ORDER |

**AMENDED ORDER**

It is ordered that Defendant Donn Raymond Campion is the owner of said property described in Plaintiff's complaint and by this stipulation is authorized to withdraw the sum of $39,430.00, plus interest earned, less distribution for registry service fee.

The Clerk of the United States District Court for the Eastern District of California is directed to cause a check to be drawn on the Registry of the Court

1  and is directed to pay the same to Donn Raymond Campion, and mailed in care of:

        Norman E. Matteoni, Attorney at Law
        Matteoni, Saxe & O'Laughlin
        848 The Alameda
        San Jose, CA   95126


Dated: July 13, 2005               ____/s/ ROBERT E. COYLE
                                               United States District Judge