UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES ) )       Plaintiff, ) )   vs ) ) 87.98 ACRES OF LAND ) )       Defendant. ) ) _____) | CV-F-03-6064 REC LJO ORDER REASSIGNING CASE **NEW CASE # CV-F-**03-6064 AWI LJO |

IT IS HEREBY ORDERED that the above-entitled action be reassigned from the docket of Judge ROBERT E. COYLE to the docket of Judge ANTHONY W. ISHII.

**<u>PLEASE NOTE;</u>  MOTIONS IN LIMINE ARE RESET FROM SEPTEMBER 26, 2005 AT 1:30 TO OCTOBER 3, 2005 AT 1:30 BEFORE THE HONORABLE ANTHONY W. ISHII.  TRIAL DATE IS TO REMAIN THE SAME.**

Dated: September 21, 2005
_____          /s/ ROBERT E. COYLE
                                          ROBERT E. COYLE
                                          United States District Judge

**ALL FUTURE PLEADINGS SHOULD BE NUMBERED AS FOLLOWS:**

**CV-F-03-6064 AWI LJO**