# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>87.98 ACRES OF LAND MORE OR LESS IN THE COUNTY OF MERCED; DONN RAYMOND CAMION, et al.,<br><br>　　　　Defendants. | CIV-F-05-0246 AWI DLB<br><br>ORDER MOVING HEARING DATE OF PARTIAL SUMMARY ADJUDICATION AND MOTIONS IN LIMINE TO OCTOBER 11, 2005 |

　　　　Plaintiff's motion to for partial summary adjudication and motions in limine are set for oral argument on Monday, October 3, 2005. The court has determined that it is necessary to reschedule the hearing. Therefore, the previously set hearing date of October 3, 2005 is VACATED, and oral argument on this matter is reset for Tuesday, October 11, 2005 at 1:30 PM.

IT IS SO ORDERED.

Dated:　　September 28, 2005　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE