UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>87.98 ACRES OF LAND MORE OR LESS IN THE COUNTY OF MERCED; DONN RAYMOND CAMION, et al.,<br><br>    Defendants. | CIV-F-03-6064 AWI LJO<br><br>ORDER MOVING HEARING DATE OF PARTIAL SUMMARY ADJUDICATION AND MOTIONS IN LIMINE TO OCTOBER 11, 2005 |

Plaintiff's motion to for partial summary adjudication and motions in limine are set for oral argument on Monday, October 3, 2005. The court has determined that it is necessary to reschedule the hearing. Therefore, the previously set hearing date of October 3, 2005 is VACATED, and oral argument on this matter is reset for Tuesday, October 11, 2005 at 1:30 PM.

IT IS SO ORDERED.

Dated:   October 4, 2005            /s/ Anthony W. Ishii
h7ehd6                              UNITED STATES DISTRICT JUDGE

1