McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>87.98 ACRES OF LAND MORE OR LESS IN THE COUNTY OF MERCED; DONN RAYMOND CAMPION; et al.<br><br>        Defendant.<br>_____ | CIV-F-03-6064 AWI LJO<br><br>**STIPULATION VACATING JUDGMENT; ORDER RE SAME** |

    WHEREAS, this action came before the Court for trial by jury, and the jury rendered its verdict of just compensation on November 23, 2005;

    WHEREAS, the Clerk of the Court entered judgment pursuant to the issuance of the above verdict on November 30, 2005; and

    WHEREAS, the Clerk's November 30, 2005 judgment does not account for matters including but not limited to the calculation of interest, the payment of interest, the initial funds deposited with the Court upon the filing of this action, the disposition of these initial funds, or the mechanisms relating to the ultimate

deposit of just compensation to the Court and/or the receipt of this same compensation by the owner of the property taken;

**THE PARTIES HEREBY STIPULATE AND AGREE** that the Clerk's judgment entered on November 30, 2005 be vacated, and the parties to this action file a supplemental judgment incorporating the above described matters, as well as any additional issues they deem appropriate for inclusion in the final judgment.  The parties agree to submit this supplemental judgment within three (3) weeks of the date of this order.

Dated: December 9, 2005.

                        Respectfully submitted,

| MATTEONI, SAXE & O'LAUGHLIN | McGREGOR W. SCOTT |
|---|---|
|  | United States Attorney<br>( As Authorized by E. Robert Wright: 12/9/05 ) |
| /s/ Peggy M. O'Laughlin | /s/ Brian W. Enos |
| PEGGY M. O'LAUGHLIN<br>Attorneys for<br>Donn Raymond Campion | BRIAN W. ENOS<br>Attorneys for<br>United States of America |

**ORDER**

IT IS SO ORDERED.

**Dated:   December 9, 2005**              **/s/ Anthony W. Ishii**
0m8i78                        UNITED STATES DISTRICT JUDGE

2