NORMAN E. MATTEONI (State Bar No. 34724)
PEGGY M. O'LAUGHLIN (State Bar No. 123284)
MATTEONI, SAXE & O'LAUGHLIN
848 The Alameda
San Jose, CA 95126
Phone:   (408) 293-4300
FAX:   (408) 293-4004
E-Mail:  norm@matteoni.com

FREDERIK A. JACOBSEN (State Bar No. 71330)
LAW OFFICES OF FREDERIK A. JACOBSEN
P.O. BOX 6190
SAN MATEO, CA 94403
Phone:   (650) 483-2556

Attorneys for Defendant Donn Raymond Campion

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>87.98 ACRES OF LAND MORE OR LESS IN THE COUNTY OF MERCED, DONN RAYMOND CAMPION, et al.<br><br>Defendants. | No. CIV-F-03-6064-AWI-LJO<br><br>SUBSTITUTION OF PARTY *IN PROPRIA PERSONA* (EASTERN DISTRICT OF CALIFORNIA LOCAL RULE 83-182(d))<br><br>Department:   Judge A. W. Ishii |

NORMAN E. MATTEONI and PEGGY O'LAUGHLIN of the law firm of Matteoni, Saxe & O'Laughlin, and FREDERICK A. JACOBSEN have represented me in the above-entitled action as my attorney-of-record. I hereby discharge the firm of Matteoni Saxe & O'Laughlin, and Frederick A. Jacobsen as my attorney-of-record in this case and substitute myself, Donn Raymond Campion *in propria persona.*  The new

1

1  address of record is 15280 Bohlman Road, Saratoga, California 95070.

Date:  1/19/06                              /s/  Donn Raymond Campion
                                            _____
                                            DONN RAYMOND CAMPION, Defendant

CONSENT IS HEREBY GIVEN to the above discharge and substitution.

Date: 1/19/06                               MATTEONI, SAXE & O'LAUGHLIN

                                            /s/  Peggy M. O'Laughlin
                                            _____
                                            Peggy M. O'Laughlin
                                            Attorneys for Defendant Donn Raymond
                                            Campion

Attached hereto is the declaration of Peggy M. O'Laughlin in support of the request for substitution of Donn Raymond Campion in *propria persona*.

# O R D E R

Good Cause appearing therefore, it is so ordered that the substitution of Defendant Donn Raymond Campion *in propria persona* is granted.

IT IS SO ORDERED.

**Dated:   February 3, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

2

**SUBSTITUTION OF PARTY *IN PROPRIA PERSONA* (EASTERN DISTRICT OF CALIFORNIA LOCAL RULE 83-182(d))**