UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>87.98 ACRES OF LAND MORE OR LESS IN THE COUNTY OF MERCED; DONN RAYMOND CAMION, et al.,<br><br>    Defendants. | CIV-F-03-6064 AWI LJO<br><br>ORDER VACATING HEARING DATE OF MARCH 13, 2006 AND TAKING MATTER UNDER SUBMISSION |

    Landowner Donn Raymond Campion has noticed for hearing a motion to review the bill of costs and to seek attorney and expert fees. Doc. 183. The United States has filed an opposition to the motion. Doc. 189. No reply has been filed, and Campion is proceeding in propria persona. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 13, 2006, is VACATED, and no party shall appear at that time. As of March 13, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **March 8, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE